PROB 12C
(6/16)

Report Date: May 5, 2017

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2017

SEAN F. McAVOY, CLERK

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard L. Ortega     Case Number: 0980 2:11CR00087-MKD-1

Address of Offender: ███████████████     Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. Magistrate Judge

Date of Original Sentence: December 21, 2011

Original Offense:     Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j) and 924(a)(2)

Original Sentence:    Prison - 120 months;      Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Ben Seal                  Date Supervision Commenced: August 29, 2016

Defense Attorney:     Alison Guernsey           Date Supervision Expires: August 28, 2019

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: The following information is taken from incident report number 17Y015821 written by the Yakima Police Department (YPD).

On May 4, 2017, at approximately 22:50 hours, YPD responded to Memorial Hospital in reference to a possible domestic violence assault. YPD arrived at the hospital and spoke with the victim.

The victim stated she and Mr. Ortega have been in a romantic relationship for approximately 2 months. The victim stated Mr. Ortega asked her to leave his residence. When she attempted to enter the house to get her car keys, Mr. Ortega pushed her to the ground several times and punched her four or five times with a closed fist. During the altercation, the victim had to protect her face from being hit. The victim received medical attention at Memorial Hospital but refused to sign a medical release for YPD.

    2      **Standard Condition #15**: The defendant must not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant must not knowing communicate or interact with the that person with out first getting the permission of he probation officer.

        **Supporting Evidence**: The following information is taken from incident report number 17Y015821 written by the Yakima Police Department (YPD).

        On May 4, 2017, Mr. Ortega was with Johnny A. Soliz, who is a convicted felony and is on active supervised release with U.S. probation in the Eastern District of Washington.

        Mr. Ortega was reminded on May 3, 2017, during STEP court that he must receive permission from U.S. Probation to associate with Mr. Soliz. Mr. Ortega did not ask or receive permission to associate with Mr. Soliz on May 4, 2017. On May 5, 2017, Mr. Ortega reported to this officer as directed and stated he picked up Mr. Soliz in Yakima, and provided him a ride to Toppenish, Washington, so Mr. Soliz could visit with family.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 5, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

M. K. Dimke

Signature of Judicial Officer
5/5/2017

Date